LOUIS L. QUEREAU, Respondent, *v.* THE COMPUTING SCALE
    COMPANY OF DAYTON, OHIO, Appellant.

*Quereau* v. *Computing Scale Co.*, 148 App. Div. 860, affirmed.
(Argued December 16, 1913; decided December 30, 1913.)

APPEAL from a judgment entered February 10, 1912,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, overruling defend-
ant's exceptions, ordered to be heard in the first instance
by the Appellate Division, denying a motion for a new
trial and directing judgment for plaintiff on the verdict
in an action on contract.

*Horace L. Cheyney* for appellant.

*Theodore M. Taft* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BART-
LETT, HISCOCK, CHASE, COLLIN and CUDDEBACK, JJ.

---

GERHARD T. POTTHOFF, Respondent, *v.* SAFETY ARMORITE
    CONDUIT COMPANY, Appellant.

*Potthoff* v. *Safety Armorite Conduit Co.*, 148 App. Div. 925,
affirmed.
(Argued December 8, 1913; decided December 30, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered January 17, 1912, affirming a judgment in favor
of plaintiff entered upon a verdict directed by the court
in an action upon contract.

*Francis H. Kinnicutt* and *Leavitt J. Hunt* for
appellant.

*Mortimer Fishel* and *Louis Salant* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE,
COLLIN, CUDDEBACK and HOGAN, JJ.